[Rockingham, June, 1883.]

### FIELD *v.* SMITH, *Adm'r.*

APPEAL from the decision of the commissioner disallowing the plaintiff's claim.

The action was entered at the last January term.  Copies of the petition and declaration were produced and filed, but there had been no service thereof or of any order of notice upon the defendant, who appeared specially, and within the first four days of the term moved that the action be for that cause dismissed.  The motion was not disposed of, and now at this term the defendant renews the motion, to which the plaintiff objects, and moves for leave to serve the defendant now with a copy of the petition and declaration, to which the defendant objects.

*W. R. Patten*, for the plaintiff.

*G. C. & G. K. Bartlett*, for the defendant.

CLARK, J.  No reason appears from the case why the appeal should not be dismissed for want of service; and from the fact that the plaintiff has furnished no brief, we infer that no sufficient reason exists.

*Appeal dismissed.*

CARPENTER, J., did not sit: the others concurred.